Joel J. Loquvam, SBN 1296111
    Joel@LAEstatePlan.com
Law Offices of Joel J. Loquvam & Associates
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 724-7377
Facsimile: (310) 724-7377

Attorneys for Defendants, Mariela Henares Priesler and Carmen Henares Bryan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BRUCE DE CARLO, an individual; MARIELA HENARES PRIESLER, an individual; CARMEN HENARES BRYAN, an individual,<br><br>    Defendants. | Case No. 2:20-cv-3386-PA-AGR<br><br>Hon. Percy Anderson<br><br>**STIPULATED JUDGMENT**<br><br>Discovery Cut-off: May 10, 2021<br>Trial Date: July 20, 2021<br>Time: 9:00 a.m. |
| BRUCE DE CARLO, an individual;<br><br>    Cross-Claimant,<br>  v.<br><br>MARIELA HENARES PREISLER, an individual; and CARMEN HENARES BRYAN, an individual,<br><br>    Cross-Defendants. | |

    Having reviewed the Complaint in Interpleader filed by Primerica Life Insurance Company, the Answer to Complaint in Interpleader and a Cross-Claim Against Cross-Defendants filed by Cross-

Case No. 2:20-cv-3386-PA-AGR      1

Complainant, Bruce De Carlo ("De Carlo" or "Cross-Complainant"), the Answer to Complaint in Interpleader filed by Cross-Defendants, Mariela Henares Preisler ("Preisler") and Carmen Henares Bryan ("Bryan") (collectively, "Cross-Defendants"), the Joint Stipulation and Order For Entry of Judgment executed by counsel for Cross-Complainant and Cross-Defendants, and all other documents and records filed in this action, and finding that this Court has jurisdiction of the parties and of the subject herein and that good cause appears, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The death benefits derived from Primerica Life Insurance Policy Number 0488505194 currently on deposit with the Clerk of the United States District Court in and for the Central District of California (the "Death Benefit") in connection with this action shall be distributed by the Clerk of Court as follows:

| Amount | Distributee | Address |
| --- | --- | --- |
| $160,000.00 | Bruce De Carlo c/o Keystone Law Group, P.C. Attorney-Client Trust Account | Keystone Law Group, P.C. 11300 W. Olympic Blvd., Suite 910 Los Angeles, CA 90064 |
| Balance | Mariela Henares Preisler and Carmen Henares Bryan (checks payable to the parties [50-50]) | Mariela Henares Preisler and Carmen Carmen Henares Bryan c/o Loquvam Law, 9701 Wilshire Boulevard, Suite 1000, Beverly Hills, CA 90212 |

2. Upon entry of this Stipulated Judgment, and upon the Court Clerk's distribution of the Death Benefits pursuant to this Stipulated Judgement, this matter will be concluded in its entirety.

**IT IS SO ORDERED.**

Dated: January 19, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE